# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| PUBLIC INTEREST LEGAL FOUNDATION, INC.<br><br>    Plaintiff,<br><br>    V.<br><br>SCOTT T. NAGO, in his Official Capacity as the Chief Election Officer for the State of Hawaii<br><br>    Defendant. | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 23-00389 LEK-WRP<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br>Oct 29, 2024, 3:49 pm<br>Lucy H. Carrillo, Clerk of Court |

[ ]   **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to the "Order Granting in Part and Denying in Part Defendant's Motion to Dismiss and Denying Plaintiff's Motion for Discovery Under Federal Rule of Civil Procedure 56(D)", ECF No. 58, filed on June 28, 2024 and the "Order Dismissing Case", ECF No. 63, filed on October 29, 2024.


| October 29, 2024 | LUCY H. CARRILLO |
|---|---|
| Date | Clerk |
| | /s/ LUCY H. CARRILLO by EA |
| | (By) Deputy Clerk |